**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

MONTEZ MOORE,

        Petitioner,

v.                                        Case No. 04-CV-71210-DT

KEN McKEE,

        Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Order and Opinion Denying Habeas Corpus Petition" dated February 7, 2006.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Ken McKee and against Petitioner Montez Moore. Dated at Detroit, Michigan, this 7th day of February 2006.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT


                                      ____s/Lisa Wagner_____
                                      By:  Lisa Wagner, Case Manager
                                          to Judge Robert H. Cleland